**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1320**

———————

M. D. WILKINS, t/a M. D. Wilkins Funeral Home,

Plaintiff - Appellant,

versus

CHARLES WARREN, Attorney, Trustee; CHARLES
TURNER, Loan Officer, Benchmark Community
Bank; BENCHMARK COMMUNITY BANK; JAMES R.
SLATE, Assistant General Counsel; BOARD OF
GOVERNORS OF THE FEDERAL RESERVE SYSTEM; LISA
A. MARSHALL, Assistant Intake Counsel,

Defendants - Appellees,

versus

NORA J. MILLER, Attorney at Law,

Party in Interest.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-590-3)

———————

Submitted:  May 28, 1998          Decided:  June 10, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

M. D. Wilkins, Appellant Pro Se. Raymond Paul Childress, Jr., THOMPSON, SMITHERS, NEWMAN & WADE, Richmond, Virginia; Robert Dean Perrow, Elizabeth Powell Mason, WILLIAMS, MULLEN, CHRISTIAN & DOBBINS, Richmond, Virginia; Joseph Dudley McCluskey, LECLAIR RYAN, P.C., Richmond, Virginia; Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Gregory E. Lucyk, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

M. D. Wilkins appeals the district court's order denying relief on his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wilkins v. Warren, No. CA-97-590-3 (E.D. Va. Feb. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED